Order entered October 22, 2012                                                    '00454



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00682-CR

**JAMESHA LYNNE LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F02-71639-M**

## ORDER

The Court **GRANTS** appellant's October 11, 2012 motion to extend time to file her brief.

We **ORDER** the appellant's brief received on October 11, 2012 filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE